NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARJESTA QUINTIN KINGCADE,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2693
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


    Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.